UNITED STATES of America,
Plaintiff–Appellee

v.

Armando Melendez DE ALBA,
Defendant–Appellant.

No. 12–10106
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 15, 2012.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jerry Van Beard, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, William Ernest Hermesmeyer, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Armando Melendez De Alba, Atlanta, GA, pro se.

Before STEWART, Chief Judge, and KING and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Armando Melendez De Alba has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). De Alba has not filed a response.

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. We further note that to the extent that counsel might argue for the first time on appeal that the district court departed from the recommendation in U.S.S.G. § 5D1.1(c) when it imposed a three-year term of supervised release, such argument would be foreclosed under this court's recent opinion in *United States v. Dominguez–Alvarado,* 695 F.3d 324, 328–29 (5th Cir.2012). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.